SAMUEL BURSTEIN, Appellant, *v.* ARTHUR CASTELLANO, Defendant, and PAULINE CASTELLANO, Defendant-Respondent.

Supreme Court, Appellate Term, First Department, March 24, 1943.

*Samuel Burstein,* appellant in person.

No appearance for defendant-respondent.

*Per Curiam.* Under section 684 of the Civil Practice Act, plaintiff was entitled to have a garnishee execution. The City Court order fining the defendant for contempt and directing installment payments of five dollars a month is not a bar to obtaining a garnishee execution under section 684 of the Civil Practice Act.

Order reversed, with ten dollars costs, and motion denied. SHIENTAG, ROSENMAN and McLAUGHLIN, JJ., concur.